Form B16B
12/94

UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

In re Carl D. Robinson
Debtor

Case No. 18-13884-KHK

Chapter 13

Motion to extend Time to File Schedule, statement and plan.

I nee an extention because I need to casuft my attorney and Finize plan.

11/28/2018


FILED
2018 NOV 28 P 1: 15
US BANKRUPTCY COURT
CLERK
ALEXANDRIA DIVISION

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was sent via first class mail to the U.S. Trustee, Trustee and all interested parties on this ____28____ day of _November_, 20_18_.

_[signature]_

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re: Carl D. Robinson

Case No. 18-13884-RHR
Chapter 13

Debtor(s)

Plaintiff(s)

Adversary Proceeding No.

v.

Defendant(s)

CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title: Motion to extend Time
Date Document Filed: 11/28/2018
Docket Entry No.

I declare under penalty of perjury that (Check one box):
☒ No attorney has prepared or assisted in the preparation of this document.
☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

Carl D Robinson
Name of Pro Se Party (Print or Type)          Name of Pro Se Party (Print or Type)

[signature]
Signature of Pro Se Party                     Signature of Pro Se Party

Executed on: 11/28/2018 (Date)

[2090edva v et. 09/17]

**18-13884-KHK** Carl Dennis Robinson
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Klinette H. Kindred
**Date filed:** 11/16/2018 **Date of last filing:** 11/26/2018

# Creditors

| | |
|---|---|
| **ASHBURN ASSOCIATION**<br>21400 WINDMILL DR.<br>ASHBURN, VA 20147 | (14612688)<br>(cr) |
| **BECKMAN SCHMALZE & ROSS, PLC**<br>102 N KING STREET<br>LEESBURG, VA 20176 | (14612697)<br>(cr) |
| **CREDIT ONE**<br>P.O. BOX 98872<br>LAS VEGAS, NV 89193 | (14612691)<br>(cr) |
| **FIRST PREMIER**<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | (14612690)<br>(cr) |
| **GARY LEE THOMAS**<br>11001 HOWLAND DR.<br>RESTON, VA 20191 | (14612687)<br>(cr) |
| **HALE &BALL**<br>10511 JUDICIAL DRIVE<br>FAIRFAX, VA 22170 | (14612699)<br>(cr) |
| **LIEBLICH & GRIME PC**<br>19441 GOLF #200<br>LEESBURG, VA 20176 | (14612696)<br>(cr) |
| **LIVESAY & MYERS**<br>9408 GRANT AVE<br>SUITE 402<br>MANASSAS, VA 201110 | (14612686)<br>(cr) |
| **MERRICK BANK**<br>P.O. BOX 1500<br>DRAPER, UT 84020 | (14612693)<br>(cr) |
| **MIDLAND FUNDING**<br>2365 NORTHSIDE DR. # 300<br>SAN DIEGO, CA 92105.8 | (14612689)<br>(cr) |
| **NASA FEDERAL CREDIT UNION**<br>1130 WEST BROAD STREET<br>FALLS CHURCH, VA 22046 | (14612695)<br>(cr) |

| | |
|---|---|
| **NATIONAL COMMERCIAL SERVICES** 6644 VALJEAN AVA #100 VAN NUYS, CA 91406 | (14612692) (cr) |
| **RESTON ASSOCIATION** 12001 SUNRISE VALLEY DRIVE RESTON, VA 20191 | (14612694) (cr) |
| **TWC ASSOCIATION MANAGEMENT** 397 HERNDON PARKWAY SUITE 100 HERNDON, VA 20170 | (14612700) (cr) |
| **VIRGINIA TAX OFFICE** P. O. BOX 1115 OFFICE OF CUSTOMER SERVICE RICHMOND, VA 23218 | (14612685) (cr) |
| **WSFS BANK** 500 DELAWARE AVE WILMINGTON, DE 19801 | (14612698) (cr) |