# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

In re: Carl Dennis Robinson

Case Number 18-13884-KHK
Chapter 13

Debtor(s)

## ORDER SETTING HEARING

**TO:** **Debtor(s)** Carl Dennis Robinson, 11730 Summerchase Circle #E, Reston, VA 20194

**Attorney for Debtor(s)** Pro se
**Trustee** Thomas P. Gorman, 300 N. Washington St., Suite 400, Alexandria, VA 22314
**United States Trustee** John P. Fitzgerald, III, 1725 Duke Street, Suite 650, Alexandria, Virginia 22314

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case. Therefore, a hearing will be held:

*Date:* January 3, 2019
*Time:* 9:30 am
*Location:* U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA 22314

The debtor(s) shall appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies) and any other deficiency(ies) or certifications that accrue before the hearing:

Failure to comply with Order Granting Extension of Time to File Lists, Schedules, Statements and/or Chapter 13 Plan

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE: **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ 195.00 is due and owing to the Clerk of Court, payable as follows:

☐ due and payable immediately.

☑ $ 100.00 on 2/4/2019, $ 95.00 on 3/18/2019, and $_____ on _____.

Dated: December 13, 2018

**William C. Redden, Clerk**
**United States Bankruptcy Court**

By: /s/ Dayna Huntington
**Deputy Clerk**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: December 13, 2018

[osethrgln ver. 10/18]