# UNITED STATES BANKRUPTCY COURT
## FOR THE
### EASTERN DISTRICT OF VIRGINIA
#### Alexandria Division

In the Matter of:

CARL DENNIS ROBINSON

                    Debtor

Chapter 13

Case No. 18-13884-KHK

### TRUSTEE'S RESPONSE AND REPORT TO ORDER SETTING HEARING

Thomas P. Gorman, Chapter 13 Trustee, responds to the Court's Order Setting Hearing
(Docket No. 26) by reporting as follows:

1. Debtor has not filed Plan or Schedules in this case.
2. Debtor did not appear at the Section 341 Meeting of Creditors scheduled for
   December 18, 2018.
3. No tax returns or wage statements/pay advices have been received from Debtor.
4. No Plan payment of any kind has been received from or on behalf of Debtor.
5. Trustee notes Debtor has at least 3 prior bankruptcy filings:

   **98-16511-MVB Carl D. Robinson**
   Chapter: 7 Date filed: 09/03/1998 Date discharged: 12/09/1998

   **13-12281-RGM Carl D. Robinson**
   Chapter: 7 Date filed: 05/18/2013 Debtor discharged: 08/28/2013

   **17-14174-BFK Carl Dennis Robinson**
   Chapter: 13 Date filed: 12/08/2017 Debtor dismissed: 07/09/2018
   Dismissed on Trustee's Motion to Dismiss for material default

Date: _December 28, 2018_____

___/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, #400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**Trustee's Response to Order Setting Hearing**
Carl Dennis Robinson Chapter 13 Case No. 18-13884-KHK

## CERTIFICATION OF SERVICE

I hereby certify that I have served a true copy of the foregoing via first class mail, postage prepaid to the following, this 28th day of December, 2018:

Carl Dennis Robinson
Chapter 13 Debtor
11730 Summerchase Circle, #E
Reston, VA 20194

___/s/ Thomas P. Gorman_____
Thomas P. Gorman